JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KNITWORK PRODUCTIONS II, LLC, *et al.*,<br><br>Defendants. | Case No.: 18-CV-0702-MWF-ASx<br>*Hon. Michael W. Fitzgerald Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: March 4, 2019         By: _____
                                Hon. Michael W. Fitzgerald
                                United States District Judge